**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7569**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

MARVIN EUGENE BRADLEY, a/k/a Gotti, a/k/a Gene,

                Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, Senior District Judge.  (2:08-cr-00691-PMD-1)

Submitted:  December 13, 2012        Decided:  December 19, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin Eugene Bradley, Appellant Pro Se.  Alston Calhoun Badger, Jr., Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Eugene Bradley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we grant Bradley's motion to proceed in forma pauperis and affirm for the reasons stated by the district court. United States v. Bradley, No. 2:08-cr-00691-PMD-1 (D.S.C. Aug. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED